PER CURIAM.
Affirmed. Fla.R.Civ.P. 1.510(c), (f). Independent Fire Insurance Company v. Rogers, 580 So.2d 229 (Fla. 3d DCA 1991); Slachter v. Abundio Inv. Co., 566 So.2d 348 (Fla. 3d DCA 1990); J.R. Carter v. Cessna Finance Corp., 498 So.2d 1319 (Fla. 1st DCA 1989); Ahmed v. Travelers Indemnity Co., 516 So.2d 40 (Fla. 3d DCA 1987); Onderko v. Advanced Auto Insurance, Inc., 477 So.2d 1026 (Fla. 2d DCA 1985); McNutt v. Scherrill, 141 So.2d 309 (Fla. 3d DCA 1962).